# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2080
_____

IRINA COLLIER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Alachua County.
Aymer Buck Curtin, Senior Judge.

December 13, 2024

PER CURIAM.

    DISMISSED.

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Irina Collier, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.